IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT IF NORTH CAROLINA
EASTERN DIVISION
FILE NUMBER: 4:13-CV-25-BO

| | | |
|---|---|---|
| Eddie Leroy Joyner, | ) | . |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W Colvin, Acting | ) | |
| Commissioner of Social Security | ) | |

Upon application of the plaintiff, and with no objection by the defendant,

IT IS ORDERED that the Commissioner of Social Security pay to the plaintiff the sum of

$2,315.30 in full satisfaction of any and all claims arising under the Equal Access to Justice Act,

28 U.S.C. Section 2412(d), and upon the payment of such sum this case is dismissed with

prejudice.

This _86_ day of _February_ , 2014.

_Terence Boyle_

UNITED STATES DISTRICT JUDGE